Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO CESAR ARTEAGA, et al.<br><br>Defendant. | CASE NO. 11-cv-01909-AWI-SMS<br><br>PLAINTIFF'S AMENDED *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER<br>(Doc. 8) |

TO THE HONORABLE SANDRA M. SNYDER, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

Plaintiff Joe Hand Promotions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference in this action, presently set for Friday, February 28, 2012 at 10:30 a.m. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that the Defendant Ricardo Cesar Arteaga has not yet answered Plaintiff's Complaint (despite service of suit papers[1]).

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant

---

[1] Please see ECF #5.

concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Initial Scheduling Conference Statement.

  **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference presently scheduled for Friday, February 28, 2012 to a new date approximately thirty (30) to forty-five (45) days forward.

                     Respectfully submitted,

Dated: February 21, 2012      */s/ Thomas P. Riley*
                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                By: Thomas P. Riley
                Attorneys for Plaintiff
                Joe Hand Promotions, Inc.

## **ORDER**

  IT IS HEREBY ORDERED that the Initial Scheduling Conference (Doc. 4) in this civil action, *Joe Hand Promotions, Inc. v. Ricardo Cesar Arteaga, et al.*, Case No. 1:11-cv-01909-AWI-SMS, is CONTINUED from 2/28/12 at 10:30 a.m. before Judge Snyder (SMS) to 4/18/12 at 10:00 a.m. before Judge Snyder (SMS).  A Joint Scheduling Report, carefully prepared and executed by all parties, shall be e-filed in compliance with the requirements set forth in Exhibit "A" attached to the initial Order Setting Mandatory Scheduling Conference (Doc. 4) by 4/11/12.

  IT IS FURTHER ORDERED that Plaintiff serve a copy of this Order on the Defendants and thereafter e-file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

 Dated: **February 22, 2012**      **/s/ Sandra M. Snyder**
                  UNITED STATES MAGISTRATE JUDGE